UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD NORTON,

        Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security

        Defendant.

Case No. C10-5500BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This action is **REMANDED** for further administrative proceedings in accordance with the findings in the R&R.

DATED this 9th day of May, 2011.

                                            BENJAMIN H. SETTLE
                                            United States District Judge

ORDER