# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD NORTON,

            v.

MICHAEL J. ASTRUE, Commissioner of
Social Security

JUDGMENT IN A CIVIL CASE

Case No. C10-5500BHS

____    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The R&R is **ADOPTED**; and

(2) This action is **REMANDED** for further administrative proceedings in accordance with the findings in the R&R.

    May 11, 2011                               WILLIAM M. McCOOL
        Date                                             Clerk

                                                    *s/ Mary Trent*
                                                    Deputy Clerk